UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ADVANCED SAWMILL MACHINERY, INC,

                                        CASE No. 21-30612-JCO
                                        CHAPTER 11

Debtor.
_____/

## UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE

PLEASE TAKE notice that the undersigned appears as counsel of record for the United States Trustee in the above referenced bankruptcy case.

RESPECTFULLY SUBMITTED this 21st day of September, 2021.

                        MARY IDA TOWNSON
                        United States Trustee for Region 21

                        /S/JASON H. EGAN
                        Jason H. Egan
                        Trial Attorney
                        110 East Park Avenue, Suite 128
                        Tallahassee, FL 32301
                        850-942-1664
                        FAX: 850-942-1660
                        Florida Bar No. 0568351
                        Jason.h.egan@usdoj.gov