FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Advanced Sawmill Machinery, Inc.   Bankruptcy Case No.:  21–30612–JCO
   Tax ID: 59–3213788
    Debtor

Chapter:  11
Judge:  Jerry C. Oldshue Jr.

**Notice of Expedited Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on October 8, 2021, at 10:00 AM, Central Time, via Telephone Conference, (1–888–363–4749, Access Code 1729588, Security Code 8818).

   *21* – Motion for Authority to Pay Affiliate Officer Salaries of Brenda Seffens – Vice President/CEO Filed by Byron Wright III on behalf of Advanced Sawmill Machinery, Inc.. (Wright, Byron)

   *22* – Motion to Pay Critical Vendors Southern Industrial Supply Filed by Byron Wright III on behalf of Advanced Sawmill Machinery, Inc.. (Wright, Byron)

   *23* – Motion to Pay Critical Vendors O'Neal Steel Filed by Byron Wright III on behalf of Advanced Sawmill Machinery, Inc.. (Wright, Byron)

Dated: September 30, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Byron Wright III shall serve notice of this emergency/expedited hearing immediately by facsimile or email on all parties as required by applicable Rules and a certificate of service must be filed immediately thereafter.

**THIS HEARING IS TO BE HELD BY <u>TELEPHONE</u>.** *All parties must notify the Court of their desire to attend said hearing by calling the Judge's Chambers at (251) 436–5430 no later than 5:00 P.M. one business day before the hearing,* OR, notice of a desire to participate in said hearing may be made by email to the Judge's Judicial Assistant at <u>ALSB_PNShrg@alsb.uscourts.gov</u>. **Conference call dial in number: 1–888–363–4749, Access Code: 1729588#, Security Code: 8818#.**