**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:

ADVANCED SAWMILL MACHINERY, INC.,         CASE NO.: 21-30612
                                          CHAPTER 11

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER SALARY OF BRENDA SEFFENS (DOC. 21), MOTION FOR AUTHORITY TO PAY CRITICAL VENDOR – SOUTHERN INDUSTRIAL SUPPLY (DOC. 22), AND MOTION FOR AUTHORITY TO PAY CRITICAL VENDOR – O'NEAL STEEL (DOC. 23)
(DOC. 26)[1]**

    I, Byron Wright III, hereby certify that a true and accurate copy of the above-named document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the above-named document was served by the Court via NEF on September 30, 2021 to the following persons at the email addresses noted herein:

   Jason H. Egan on behalf of U.S. Trustee United States Trustee
   jason.h.egan@usdoj.gov, charles.edwards@usdoj.gov

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

2. **Served by U.S. Mail**: The above-named document was served by first class, postage prepaid, U.S. Mail on the parties listed on the attached mailing matrix.


Date: October 1, 2021                    */s/ Byron Wright III*
                                          Byron Wright III
                                          Bar No. 118971

---

[1] This notice has been mailed to the attached mailing matrix, a list of emails and/or fax numbers is being compiled. When service has been executed via email and/or facsimile, a supplemental certificate of service will be filed.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 21-30612-JCO<br>Northern District of Florida<br>Pensacola<br>Fri Sep 24 10:49:10 EDT 2021 | Advanced Sawmill Machinery, Inc.<br>481 Machinery Circle<br>Holt, FL 32564-9557 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | On Deck Capital, Inc.<br>101 W. Colfax Ave., 10th Floor<br>Denver, CO 80202-5167 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta, GA 30326-1382 | *Airgas USA, LLC<br>PO Box 734672<br>Dallas, TX 75373-4672 | *Allied-Locke Industries<br>1088 Corregidor, Green River Industrial<br>Dixon, IL 61021-9396 |
| *Associated Steel Corp<br>P.O. Box 28335<br>Cleveland, OH 44128-0335 | *Atlas Cylinder<br>500 South Wolf Road<br>Des Plaines, IL 60016-3139 | *Berendsen Fluid Power<br>1430 N 129th East Ave<br>Tulsa, OK 74116-1701 |
| *CIT/Direct Capital<br>CIT Bank, N.A.<br>155 Commerce Wat<br>Portsmouth, NH 03801-3243 | *Card Services<br>PO Box 2181<br>Columbus, GA 31902-2181 | *Flow Dynamics and Automation<br>1024 11th Court West<br>Birmingham, AL 35204-1808 |
| *Industrial Electric Motor Works<br>PO Box 638<br>Marion, MS 39342-0638 | *Internal Revenue Service<br>Centralized Insolvency<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | *MSC Industrial Supply Co.<br>PO Box 953635<br>Saint Louis, MO 63195-3635 |
| *Marlin Business Bank<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | *O'Neal Steel<br>PO Box 934243<br>Atlanta, GA 31193-4243 | *Redwood Plastics Corp.<br>1901 Schurman Way<br>Woodland, WA 98674-9599 |
| *Sherwin Williams<br>3117 North Palafox<br>Pensacola, FL 32501-1431 | *Southern Industrial Supply<br>PO Box 15698<br>Hattiesburg, MS 39404-5698 | *Sumitomo Machinery Corp.<br>PO Box 60638<br>Charlotte, NC 28260-0638 |
| *Tim Bills Michigan Lumber<br>4750 Abbe Rd<br>Comins, MI 48619-9730 | *US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | ACE INDUSTRIES<br>6295 MCDONOUGH DRIVE<br>Norcross, GA 30093-1252 |
| ACME Truck Line<br>P. O. BOX 183<br>Harvey, LA 70059-0183 | AMAZON BUSINESS<br>P.O. BOX 035184<br>Seattle, WA 98124-5184 | AMERICAN FIRST NATIONAL BANK<br>9999 BELLAIRE BLVD.<br>Houston, TX 77036-3579 |

ANSON INDUSTRIAL
7392 PROGRESS PLACE
Delta, BC

APPLIED INDUSTRIAL TECH.
22510 NETWORK PLACE
Chicago, IL 60673-1225

APPLIED TECHNICAL SERVICES
5555 COMMERCE BLVD EAST
Mobile, AL 36619-9215

ASTRALLOY STEEL PRODUCTS, INC.
24935 NETWORK PLACE
Chicago, IL 60673-1249

AVAYA FINANCIAL SERVICES
21146 NETWORK PLACE
Chicago, IL 60673-1211

BECKER METAL WORKS, INC.
800 FRED MOORE HIGHWAY
Saint Clair, MI 48079-4960

BRYAN PEST CONTROL
1049 S WILSON STREET
Crestview, FL 32536-4423

CAN-AM CHAINS
PO BOX 453
Clackamas, OR 97015-0453

CENTURYLINK BUSINESS SERVICES
PO BOX 52187
Phoenix, AZ 85072-2187

CONNEXUS INDUSTRIES
9525 SW COMMERCE CIRCLE
Wilsonville, OR 97070-8407

CRESTVIEW WHOLESALE BLDG SUP.
984 U.S. 90 WEST
Crestview, FL 32536-5137

DANFOSS (EATON CORPORATION)
P O BOX 93531
Chicago, IL 60673-3531

DELAWARE REGISTERED AGENTS & INC., LLC
19 KRIS COURT
Newark, DE 19702-6843

DEX IMAGING
P O BOX 17299
Clearwater, FL 33762-0299

E-TRANSPORT CARRIERS, LLC
PO BOX 62892
Baltimore, MD 21264-2892

EARLE M. JORGENSEN CO. (EMJ)
P.O. BOX 951434
Dallas, TX 75395-1434

EDSCO FASTENERS, INC.
P.O. BOX 448
Elba, AL 36323-0448

FEDEX
P O BOX 660481
Dallas, TX 75266-0481

FLORIDA BLUE
1680 Airport Blvd
Pensacola, FL 32504-8618

FLORIDA PIPE & STEEL, INC.
6903 VISTA PARKWAY
West Palm Beach, FL 33411-2705

GRAINGER
P O BOX 419267
Kansas City, MO 64141-6267

GREAT AMERICAN FINANCIAL SERVICES
P O BOX 609
Cedar Rapids, IA 52406-0609

GUARDIAN ANYTIME
P O BOX 824404
Philadelphia, PA 19182-4404

GULF COAST MARINE SUPPLY
501 STIMRAD RD.
Mobile, AL 36610-4133

HATTON-BROWN PUBLISHERS
P. O. BOX 2268
Montgomery, AL 36102-2268

HAUSNER HARD-CHROME OF KENTUCKY
3094 Medley Rd
Owensboro, KY 42301-8731

HOLMES TOOL & ENGINEERING, INC.
1019 NORTH WAUKESHA STREET
Bonifay, FL 32425-1736

KLOECKNER METALS CORP.
500 Colonial Center Pkwy #500
Roswell, GA 30076-8853

KNIGHT ENTERPRISES
128 W. LAKE STREET
Melrose Park, IL 60164-2428

MERCURY MACHINING COMPANY
1085 W GIMBLE STREET
Pensacola, FL 32502-5400

```
MOTION INDUSTRIES                NEUCO DISTRIBUTORS               NORTHERN TOOL & EQUIPMENT CO.
319 N Byron Butler Pkwy          P O BOX 500                      2800 Southcross Drive West
Perry, FL 32347-2300             Bostwick, FL 32007-0500          Burnsville, MN 55306-6936


OLD DOMINION FREIGHT LINE, INC.  On Deck Capital, Inc.            PAWLUS GEAR COMPANY
P. O. BOX 198475                 c/o Kelli Ferguson Marable       601 N. Willow Avenue
Atlanta, GA 30384-8475           101 West Colfax Ave., 9th Floor  Tampa, FL 33606-1339
                                 Denver, CO 80202-5167


PINSON VALLEY HEAT TREATING      POWEREX COMPANY                  PRECISION PLATING, INC.
6179 Sunrise Dr                  150 PRODUCTION DRIVE             980 NORTH PINE HILL ROAD
Pinson, AL 35126-3207            Harrison, OH 45030-1477          Birmingham, AL 35217-1146


PROTECTION ONE/ADT               QUILL CORPORATION                REIMLER ASSOC.
P. O. BOX 219044                 P.O. BOX 37600                   120 K-Line Dr
Kansas City, MO 64121-9044       Philadelphia, PA 19101-0600      Indian Trail, NC 28079


RINGFEDER CORP                   RUBBER & SPECIALTIES, INC        RYERSON STEEL
P O BOX 822718                   5011 COMMERCE PARK CIRCLE        PO BOX 731036
Philadelphia, PA 19182-2718      Pensacola, FL 32505-1870         Dallas, TX 75373-1036


SEQUEL ELECTRIC SUPPLY           SMC CORPORATION OF AMERICA       STUART C. IRBY CO.
25 MASON LANE                    70269 NETWORK PLACE              PO BOX 741001
Pensacola, FL 32505-2916         Chicago, IL 60673-0269           Atlanta, GA 30374-1001


TERMINUS - HIGH DEFINITION TOOL  TFORCE FREIGHT                   TOTAL QUALITY LOGISTICS
P.O. BOX 510                     PO BOX 650690                    PO BOX 634558
Icard, NC 28666-0510             Dallas, TX 75265-0690            Cincinnati, OH 45263-4558


U-LINE                           UNI-FIRST CORPORATION            VOTACALL, INC
P.O. Box 88741                   17740 ASHLEY DRIVE               1504 PROVIDENCE HIGHWAY
Chicago, IL 60680-1741           Panama City Beach, FL 32413-5102 Norwood, MA 02062-4645


WESTFIELD BANK, FSB              WESTFIELD INSURANCE              WOMACK MACHINE SUPPLY CO.
P.O. BOX 668                     PO BOX 9001566                   P O BOX 679055
Westfield Center, OH 44251-0668  Louisville, KY 40290-1566        Dallas, TX 75267-9055


United States Trustee +          Merrick B. Garland +             Secretary of the Treasury +
110 E. Park Avenue               Office of the Attorney General   U.S. Treasury Department
 Suite 128                       Main Justice Bldg., Rm. 511      15th & Pennsylvania Ave.
Tallahassee, FL 32301-7728       Tenth & Constitution             Washington, DC 20220-0001
                                 Washington, DC 20530-0001
```

| | | |
|---|---|---|
| Internal Revenue Service + | Jason H. Egan + | Robert C. Bruner + |
| P.O. Box 7346 | Office of the U. S. Trustee | Bruner Wright, P.A. |
| Philadelphia, PA 19101-7346 | 110 E. Park Avenue | 2810 Remington Green Circle |
| | Suite 128 | Tallahassee, FL 32308-8708 |
| | Tallahassee, FL 32301-7728 | |

Byron Wright III+
Bruner Wright, P.A.
2810 Remington Green Circle
Tallahassee, FL 32308-8708

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| U.S. Attorney (Pensacola Office) | (d)U.S. Attorney (Tallahassee Office) | End of Label Matrix | |
| 21 E. Garden Street #400 | 111 N. Adams Street | Mailable recipients | 93 |
| Pensacola, FL 32501 | Fourth Floor | Bypassed recipients | 0 |
| | Tallahassee, FL 32301 | Total | 93 |