UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In Re:                                              Chapter 11

ADVANCED SAWMILL MACHINERY, INC.,                   Case No.: 21-30612-JCO

    Debtor.
_____/

**CREDITOR, CIT BANK, N.A.'S
VERIFIED MOTION FOR RELIEF FROM AUTOMATIC STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

Creditor, CIT BANK, N.A., ("CIT"), by and through its undersigned counsel, respectfully moves this Court for relief from the automatic stay or, in the alternative, for adequate protection, and in support of its Motion states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334(b) and 157(a) and 362(d) of Title 11, United States Code (hereinafter referred to as the "Code"). Furthermore, this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2. That on September 20, 2021, Debtor, ADVANCED SAWMILL MACHINERY, INC.,(the "Debtor") filed for relief under Chapter 11 of the United States Bankruptcy Code.

3. That on or about June 30, 2017, CIT entered into a Master EFA Agreement ("EFA") with the Debtor, a true and correct copy of which is attached hereto as Exhibit A.

4, That on or about June 30, 2017, pursuant to the EFA, CIT entered into an Equipment Schedule ("Schedule 1") with the Debtor, whereby the Debtor agreed to make payments to CIT for the following:

      One (1) Daewoo Puma 15 S/N PM15015V
      One (1) used Asquith Butler Komo HPT CNC Machining Center, S/N HPT6093
      One (1) Aviator DSD Precision Cutting System

(collectively the "Machining and Cutting Equipment") A true and correct copy of Schedule 1 is attached hereto as Exhibit B.

      5.      CIT perfected its security interest in and to the Machining and Cutting Equiment as evidenced by the UCC-1 Financing Statement attached hereto as Exhibit C.

      6.      Pursuant to the terms of EFA and Schedule 1, the Debtor was to pay CIT make 48 monthly payments in the amount of $3,039.33.

      7.      On or about April 14, 2020, the Debtor executed a Payment Restructuring Agreement whereby four (4) monthly payments were deferred, and the new periodic payments due under Schedule 1 were modified to $3,142.99. A true and correct copy of the Payment Restructuring Agreement is attached hereto as Exhibit D.

      8.      That Schedule 1 is in default as CIT was unable to ACH the Debtor's account due to the bankruptcy proceeding. The total amount due and owing to CIT on Schedule 1 is $6,664.98, as of the date of the filing of this bankruptcy proceeding.

      9.      That the estimated fair market value of the Machining and Cutting Equipment is $2,500.00.

      10.      That on or about July 15, 2021, pursuant to the EFA, CIT entered into an Equipment Schedule ("Schedule 2") with the Debtor, whereby the Debtor agreed to make payments to CIT for the following:

      Three (3) Dell OptiPlex 5490 AIO
      One (1) Dell UltraSharp Webcam
      One (1) Dell Slim Soundbar - SB521a
      One (1) Dell OptiPlex 5090 Small Form Factor
      Four (4) Dell Precision 5820 Tower

      Three (3) Dell Mobile Precision 5560
      One (1) Dell Latitude 3520
      One (1) Dell 24 Monitor - P2422H, 60.5cm (23.8")
      One (1) PowerEdge T330

(collectively the "Dell Equipment"). A true and correct copy of Schedule 2 is attached hereto as Exhibit E.

11.    That the Dell Equipment was delivered to the Debtor in accordance with the terms of the EFA and Schedule 2.

12.    CIT perfected its security interest in and to the Dell Equipment as evidenced by the UCC-1 Financing Statement attached hereto as Exhibit F.

13.    Pursuant to the terms of EFA and Schedule 2, the Debtor was to pay CIT make 36 monthly payments in the amount of $1,199.41.

14.    That Schedule 2 is in default as CIT was unable to ACH the Debtor's account due to the bankruptcy proceeding. The total amount due and owing to CIT on Schedule 2 is $41,158.94, as of the date of the filing of this bankruptcy proceeding.

15.    That the estimated fair market value of the Dell Equipment is $41,158.94.

16.    Upon information and belief, the Debtor is in actual and constructive possession of the Machining and Cutting Equipment and the Dell Equipment, using it in its current business operations, subjecting it to continued wear, tear and depreciation in value.

17.    Section 362(d)(1) of the Bankruptcy Code provides that a court shall, upon motion, grant relief from that automatic stay for cause, which includes the lack of adequate protection of an interest in property, of the moving party.

18.    Section 362(d)(2) of the Code provides that the Court shall grant relief from the automatic stay when the debtor lacks equity in the bankruptcy estate property and the property is not necessary to an effective reorganization.

19. The interest of CIT in and to the Machining and Cutting Equipment and the Dell Equipment is not adequately protected.

20. CIT is entitled to adequate protection, in the form of payment together with an order requiring the Debtor to adequately insure and maintain the Machining and Cutting Equipment and the Dell Equipment. Alternatively, if the Debtor cannot adequately protect CIT's interest in the Machining and Cutting Equipment and the Dell Equipment, relief from stay should be granted so that CIT can exercise its in rem rights in said equipment.

WHEREFORE, CIT respectfully requests:

A. The Debtor be required to provide CIT adequate protection, by paying all payments that have come due since the filing of the Debtor's Bankruptcy Petition and all future payments that come due under the EFA and Schedules 1 and 2, costs and attorney fees in accordance with the terms of the EFA, as well as, require the debtor to adequately insure, and maintain the Machining and Cutting Equipment and the Dell Equipment; and, in the event that adequate cannot be provided,

B. That the Automatic Stay pursuant to U.S.C. Section 362 be modified to permit CIT to enforce its in rem rights in accordance with applicable principles of non-bankruptcy law;

C. That the Debtor be required to cooperate and turnover the Machining and Cutting Equipment and the Dell Equipment within ten (10) days of the Order lifting the automatic stay; and

D. Awarding CIT such other and further relief as this Court deems just and proper in the premises.

**VERIFICATION**

I, Brian Knox CIT BANK, N.A., states:

1. I am employed by CIT BANK, N.A., as Senior Legal Recovery Specialist and I am authorized to execute this Verification on behalf thereof. I am also over the age of eighteen.

2. I have read the foregoing Verified Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection ("Verified Motion"), and I have personal knowledge of the facts set forth therein, or of these facts as they appear in the business records, reports, memoranda and data compilations of CIT BANK, N.A., made at or near the time of the events described by, or from information transmitted by, a person or persons with knowledge of the events described whose regular practice it was to make and keep such records in the ordinary course of the regularly conducted business activities of CIT BANK, N.A.; that I am one of the persons with custody of such records; that I am familiar with the methods and preparation and identity of such records; that I routinely rely on such records in the usually course of my business and the business of CIT BANK, N.A.

3. The default by the Debtor as alleged and set forth in the Verified Motion continues to exist as of the date of this Verification.

Under penalties of perjury, I declare that I have read the foregoing Motion and Verification, and that the facts stated in it are true.

Dated: 10/7/21

Brian Knox
Senior Legal Recovery Specialist
CIT Bank, N.A.

EMANUEL & ZWIEBEL, PLLC
Attorneys for CIT Bank, N.A.
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138

By: *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Fla. Bar No. 476404
email: eric.zwiebel@emzwlaw.com

I HEREBY CERTIFY that on this  7th   day of    October        , 2021, I electronically filed the foregoing Verified Motion for Relief from Automatic Stay or, in the Alternative for Adequate Protection, with the Clerk of the United States Bankruptcy Court for the Northern District of Florida by using the CM/ECF system and I furnished a copy of said Motion to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorneys for CIT Bank, N.A.
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138

By:        *Eric B. Zwiebel*        
Eric B. Zwiebel, Esq.
Fla. Bar No. 476404
email: eric.zwiebel@emzwlaw.com

<u>Via CM/ECF</u>
Robert C. Bruner, Esq., rbruner@brunerwright.com
Byron Wright, III, Esq., twright@brunerwright.com
US Trustee - Jason H. Egan, Esq. - Office of the US Trustee, jason.h.egan@usdoj.gov
Kelli Ferguson Marable - kmarable@enova.com and bankruptcy@ondeck.com
Rule 1007-2 parties on the attached matrix designated to receive notice via CM/ECF

<u>Via U.S. Mail</u>
Advanced Sawmill Machinery, Inc.
481 Machinery Circle
Holt, Florida 32654

Rule 1007-2 parties in interest on the attached matrix not designated to receive notice via CM/ECF

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 21-30612-JCO<br>Northern District of Florida<br>Pensacola<br>Thu Oct  7 09:09:17 EDT 2021 | Advanced Sawmill Machinery, Inc.<br>481 Machinery Circle<br>Holt, FL 32564-9557 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | O'Neal Steel, LLC<br>c/o Evan N. Parrott<br>Maynard, Cooper & Gale, P.C.<br>11 North Water Street, Suite 24290<br>Mobile, AL 36602-5024 | On Deck Capital, Inc.<br>101 W. Colfax Ave., 10th Floor<br>Denver, CO 80202-5167 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta, GA 30326-1382 | *Airgas USA, LLC<br>PO Box 734672<br>Dallas, TX 75373-4672 |
| *Allied-Locke Industries<br>1088 Corregidor, Green River Industrial<br>Dixon, IL 61021-9396 | *Associated Steel Corp<br>P.O. Box 28335<br>Cleveland, OH 44128-0335 | *Atlas Cylinder<br>500 South Wolf Road<br>Des Plaines, IL 60016-3139 |
| *Berendsen Fluid Power<br>1430 N 129th East Ave<br>Tulsa, OK 74116-1701 | *CIT/Direct Capital<br>CIT Bank, N.A.<br>155 Commerce Wat<br>Portsmouth, NH 03801-3243 | *Card Services<br>PO Box 2181<br>Columbus, GA 31902-2181 |
| *Flow Dynamics and Automation<br>1024 11th Court West<br>Birmingham, AL 35204-1808 | *Industrial Electric Motor Works<br>PO Box 638<br>Marion, MS 39342-0638 | *Internal Revenue Service<br>Centralized Insolvency<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| *MSC Industrial Supply Co.<br>PO Box 953635<br>Saint Louis, MO 63195-3635 | *Marlin Business Bank<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | *O'Neal Steel<br>PO Box 934243<br>Atlanta, GA 31193-4243 |
| *Redwood Plastics Corp.<br>1901 Schurman Way<br>Woodland, WA 98674-9599 | *Sherwin Williams<br>3117 North Palafox<br>Pensacola, FL 32501-1431 | *Southern Industrial Supply<br>PO Box 15698<br>Hattiesburg, MS 39404-5698 |
| *Sumitomo Machinery Corp.<br>PO Box 60638<br>Charlotte, NC 28260-0638 | *Tim Bills Michigan Lumber<br>4750 Abbe Rd<br>Comins, MI 48619-9730 | *US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 |
| ACE INDUSTRIES<br>6295 MCDONOUGH DRIVE<br>Norcross, GA 30093-1252 | ACME Truck Line<br>P. O. BOX 183<br>Harvey, LA 70059-0183 | AMAZON BUSINESS<br>P.O. BOX 035184<br>Seattle, WA 98124-5184 |

```
AMERICAN FIRST NATIONAL BANK          ANSON INDUSTRIAL                      APPLIED INDUSTRIAL TECH.
9999 BELLAIRE BLVD.                   7392 PROGRESS PLACE                   22510 NETWORK PLACE
Houston, TX 77036-3579                Delta, BC                             Chicago, IL 60673-1225


APPLIED TECHNICAL SERVICES            ASTRALLOY STEEL PRODUCTS, INC.        AVAYA FINANCIAL SERVICES
5555 COMMERCE BLVD EAST               24935 NETWORK PLACE                   21146 NETWORK PLACE
Mobile, AL 36619-9215                 Chicago, IL 60673-1249                Chicago, IL 60673-1211


BECKER METAL WORKS, INC.              BRYAN PEST CONTROL                    CAN-AM CHAINS
800 FRED MOORE HIGHWAY                1049 S WILSON STREET                  PO BOX 453
Saint Clair, MI 48079-4960            Crestview, FL 32536-4423              Clackamas, OR 97015-0453


CENTURYLINK BUSINESS SERVICES         CONNEXUS INDUSTRIES                   CRESTVIEW WHOLESALE BLDG SUP.
PO BOX 52187                          9525 SW COMMERCE CIRCLE               984 U.S. 90 WEST
Phoenix, AZ 85072-2187                Wilsonville, OR 97070-8407            Crestview, FL 32536-5137


DANFOSS (EATON CORPORATION)           DELAWARE REGISTERED AGENTS & INC., LLC DEX IMAGING
P O BOX 93531                         19 KRIS COURT                         P O BOX 17299
Chicago, IL 60673-3531                Newark, DE 19702-6843                 Clearwater, FL 33762-0299


E-TRANSPORT CARRIERS, LLC             EARLE M. JORGENSEN CO. (EMJ)          EDSCO FASTENERS, INC.
PO BOX 62892                          P.O. BOX 951434                       P.O. BOX 448
Baltimore, MD 21264-2892              Dallas, TX 75395-1434                 Elba, AL 36323-0448


FEDEX                                 FLORIDA BLUE                          FLORIDA PIPE & STEEL, INC.
P O BOX 660481                        1680 Airport Blvd                     6903 VISTA PARKWAY
Dallas, TX 75266-0481                 Pensacola, FL 32504-8618              West Palm Beach, FL 33411-2705


GRAINGER                              GREAT AMERICAN FINANCIAL SERVICES     GUARDIAN ANYTIME
P O BOX 419267                        P O BOX 609                           P O BOX 824404
Kansas City, MO 64141-6267            Cedar Rapids, IA 52406-0609           Philadelphia, PA 19182-4404


GULF COAST MARINE SUPPLY              GreatAmerica Financial Services Corporation   HATTON-BROWN PUBLISHERS
501 STIMRAD RD.                       ATTN: Peggy Upton                     P. O. BOX 2268
Mobile, AL 36610-4133                 P.O. Box 609                          Montgomery, AL 36102-2268
                                      Cedar Rapids, IA 52406-0609


HAUSNER HARD-CHROME OF KENTUCKY       HOLMES TOOL & ENGINEERING, INC.       KLOECKNER METALS CORP.
3094 Medley Rd                        1019 NORTH WAUKESHA STREET            500 Colonial Center Pkwy #500
Owensboro, KY 42301-8731              Bonifay, FL 32425-1736                Roswell, GA 30076-8853
```

| | | |
|---|---|---|
| KNIGHT ENTERPRISES<br>128 W. LAKE STREET<br>Melrose Park, IL 60164-2428 | MERCURY MACHINING COMPANY<br>1085 W GIMBLE STREET<br>Pensacola, FL 32502-5400 | MOTION INDUSTRIES<br>319 N Byron Butler Pkwy<br>Perry, FL 32347-2300 |
| NEUCO DISTRIBUTORS<br>P O BOX 500<br>Bostwick, FL 32007-0500 | NORTHERN TOOL & EQUIPMENT CO.<br>2800 Southcross Drive West<br>Burnsville, MN 55306-6936 | OLD DOMINION FREIGHT LINE, INC.<br>P. O. BOX 198475<br>Atlanta, GA 30384-8475 |
| On Deck Capital, Inc.<br>c/o Kelli Ferguson Marable<br>101 West Colfax Ave., 9th Floor<br>Denver, CO 80202-5167 | PAWLUS GEAR COMPANY<br>601 N. Willow Avenue<br>Tampa, FL 33606-1339 | PINSON VALLEY HEAT TREATING<br>6179 Sunrise Dr<br>Pinson, AL 35126-3207 |
| POWEREX COMPANY<br>150 PRODUCTION DRIVE<br>Harrison, OH 45030-1477 | PRECISION PLATING, INC.<br>980 NORTH PINE HILL ROAD<br>Birmingham, AL 35217-1146 | PROTECTION ONE/ADT<br>P. O. BOX 219044<br>Kansas City, MO 64121-9044 |
| QUILL CORPORATION<br>P.O. BOX 37600<br>Philadelphia, PA 19101-0600 | REIMLER ASSOC.<br>120 K-Line Dr<br>Indian Trail, NC 28079 | RINGFEDER CORP<br>P O BOX 822718<br>Philadelphia, PA 19182-2718 |
| RUBBER & SPECIALTIES, INC<br>5011 COMMERCE PARK CIRCLE<br>Pensacola, FL 32505-1870 | RYERSON STEEL<br>PO BOX 731036<br>Dallas, TX 75373-1036 | SEQUEL ELECTRIC SUPPLY<br>25 MASON LANE<br>Pensacola, FL 32505-2916 |
| SMC CORPORATION OF AMERICA<br>70269 NETWORK PLACE<br>Chicago, IL 60673-0269 | STUART C. IRBY CO.<br>PO BOX 741001<br>Atlanta, GA 30374-1001 | TERMINUS - HIGH DEFINITION TOOL<br>P.O. BOX 510<br>Icard, NC 28666-0510 |
| TFORCE FREIGHT<br>PO BOX 650690<br>Dallas, TX 75265-0690 | TOTAL QUALITY LOGISTICS<br>PO BOX 634558<br>Cincinnati, OH 45263-4558 | U-LINE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| UNI-FIRST CORPORATION<br>17740 ASHLEY DRIVE<br>Panama City Beach, FL 32413-5102 | VOTACALL, INC<br>1504 PROVIDENCE HIGHWAY<br>Norwood, MA 02062-4645 | WESTFIELD BANK, FSB<br>P.O. BOX 668<br>Westfield Center, OH 44251-0668 |
| WESTFIELD INSURANCE<br>PO BOX 9001566<br>Louisville, KY 40290-1566 | WOMACK MACHINE SUPPLY CO.<br>P O BOX 679055<br>Dallas, TX 75267-9055 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |

| | | |
|---|---|---|
| Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jason H. Egan +<br>Office of the U. S. Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Robert C. Bruner +<br>Bruner Wright, P.A.<br>2810 Remington Green Circle<br>Tallahassee, FL 32308-8708 | Byron Wright III+<br>Bruner Wright, P.A.<br>2810 Remington Green Circle<br>Tallahassee, FL 32308-8708 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32501 | (d)U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | End of Label Matrix<br>Mailable recipients    95<br>Bypassed recipients     0<br>Total                  95 |