UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In Re:                                                Chapter 11

ADVANCED SAWMILL MACHINERY, INC.,     Case No.: 21-30612-JCO

     Debtor.
_____/

**CREDITOR, CIT BANK, N.A.'S CERTIFICATE OF SERVICE OF
VERIFIED MOTION FOR RELIEF FROM AUTOMATIC STAY
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION (DOC. 35)**

Creditor, CIT BANK, N.A., ("CIT"), by and through its undersigned counsel, hereby certifies that on October 7, 2021, it electronically filed its Verified Motion for Relief from Automatic Stay or, in the Alternative for Adequate Protection (Doc. 35) with the Clerk of the United States Bankruptcy Court for the Northern District of Florida by using the CM/ECF system and that it furnished a copy of said Motion to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorneys for CIT Bank, N.A.
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138

By: *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Fla. Bar No. 476404
email: eric.zwiebel@emzwlaw.com

<u>Via CM/ECF</u>
Robert C. Bruner, Esq., rbruner@brunerwright.com melanie@brunerwright.com twright@brunerwright.com yvonne@brunerwright.com laura@brunerwright.com
Byron Wright, III, Esq., twright@brunerwright.com melanie@brunerwright.com twright@brunerwright.com yvonne@brunerwright.com laura@brunerwright.com
Jason H. Egan, Esq. - Office of the US Trustee, jason.h.egan@usdoj.gov charles.edwards@usdoj.gov
United States Trustee - USTPRegion21.TL.ECF@usdoj.gov
Kelli Ferguson Marable - kmarable@enova.com and bankruptcy@ondeck.com
J. Marshall Gardner - mgardner@maynardcooper.com
Evan N. Parrott - eparrott@maynardcooper.com
Rule 1007-2 parties on the attached matrix designated to receive notice via CM/ECF

<u>Via U.S. Mail</u>
Advanced Sawmill Machinery, Inc.
481 Machinery Circle
Holt, Florida 32654

Rule 1007-2 parties in interest on the attached matrix not designated to receive notice via CM/ECF

```
Label Matrix for local noticing          Advanced Sawmill Machinery, Inc.        Florida Dept. of Labor/Employment Security
1129-3                                   481 Machinery Circle                    c/o Florida Dept. of Revenue
Case 21-30612-JCO                        Holt, FL 32564-9557                     P.O. Box 6668
Northern District of Florida                                                     Tallahassee, FL 32314-6668
Pensacola
Thu Oct  7 09:09:17 EDT 2021

Florida Dept. of Revenue                 O'Neal Steel, LLC                       On Deck Capital, Inc.
Bankruptcy Unit                          c/o Evan N. Parrott                     101 W. Colfax Ave., 10th Floor
P.O. Box 6668                            Maynard, Cooper & Gale, P.C.            Denver, CO 80202-5167
Tallahassee, FL 32314-6668               11 North Water Street, Suite 24290
                                         Mobile, AL 36602-5024


(p)UNITED STATES ATTORNEY'S OFFICE       U.S. Securities & Exchange Commission   *Airgas USA, LLC
111 NORTH ADAMS STREET                   Atlanta Reg Office and Reorg            PO Box 734672
4TH FLOOR                                950 E Paces Ferry Rd NE Ste 900         Dallas, TX 75373-4672
TALLAHASSEE FL 32301-7730                Atlanta, GA 30326-1382



*Allied-Locke Industries                 *Associated Steel Corp                  *Atlas Cylinder
1088 Corregidor, Green River Industrial  P.O. Box 28335                          500 South Wolf Road
Dixon, IL 61021-9396                     Cleveland, OH 44128-0335                Des Plaines, IL 60016-3139



*Berendsen Fluid Power                   *CIT/Direct Capital                     *Card Services
1430 N 129th East Ave                    CIT Bank, N.A.                          PO Box 2181
Tulsa, OK 74116-1701                     155 Commerce Wat                        Columbus, GA 31902-2181
                                         Portsmouth, NH 03801-3243


*Flow Dynamics and Automation            *Industrial Electric Motor Works        *Internal Revenue Service
1024 11th Court West                     PO Box 638                              Centralized Insolvency
Birmingham, AL 35204-1808                Marion, MS 39342-0638                   P O Box 7346
                                                                                 Philadelphia, PA 19101-7346


*MSC Industrial Supply Co.               *Marlin Business Bank                   *O'Neal Steel
PO Box 953635                            300 Fellowship Rd                       PO Box 934243
Saint Louis, MO 63195-3635               Mount Laurel, NJ 08054-1201             Atlanta, GA 31193-4243



*Redwood Plastics Corp.                  *Sherwin Williams                       *Southern Industrial Supply
1901 Schurman Way                        3117 North Palafox                      PO Box 15698
Woodland, WA 98674-9599                  Pensacola, FL 32501-1431                Hattiesburg, MS 39404-5698



*Sumitomo Machinery Corp.                *Tim Bills Michigan Lumber              *US Bank Equipment Finance
PO Box 60638                             4750 Abbe Rd                            PO Box 790448
Charlotte, NC 28260-0638                 Comins, MI 48619-9730                   Saint Louis, MO 63179-0448



ACE INDUSTRIES                           ACME Truck Line                         AMAZON BUSINESS
6295 MCDONOUGH DRIVE                     P. O. BOX 183                           P.O. BOX 035184
Norcross, GA 30093-1252                  Harvey, LA 70059-0183                   Seattle, WA 98124-5184
```

| | | |
|---|---|---|
| AMERICAN FIRST NATIONAL BANK<br>9999 BELLAIRE BLVD.<br>Houston, TX 77036-3579 | ANSON INDUSTRIAL<br>7392 PROGRESS PLACE<br>Delta, BC | APPLIED INDUSTRIAL TECH.<br>22510 NETWORK PLACE<br>Chicago, IL 60673-1225 |
| APPLIED TECHNICAL SERVICES<br>5555 COMMERCE BLVD EAST<br>Mobile, AL 36619-9215 | ASTRALLOY STEEL PRODUCTS, INC.<br>24935 NETWORK PLACE<br>Chicago, IL 60673-1249 | AVAYA FINANCIAL SERVICES<br>21146 NETWORK PLACE<br>Chicago, IL 60673-1211 |
| BECKER METAL WORKS, INC.<br>800 FRED MOORE HIGHWAY<br>Saint Clair, MI 48079-4960 | BRYAN PEST CONTROL<br>1049 S WILSON STREET<br>Crestview, FL 32536-4423 | CAN-AM CHAINS<br>PO BOX 453<br>Clackamas, OR 97015-0453 |
| CENTURYLINK BUSINESS SERVICES<br>PO BOX 52187<br>Phoenix, AZ 85072-2187 | CONNEXUS INDUSTRIES<br>9525 SW COMMERCE CIRCLE<br>Wilsonville, OR 97070-8407 | CRESTVIEW WHOLESALE BLDG SUP.<br>984 U.S. 90 WEST<br>Crestview, FL 32536-5137 |
| DANFOSS (EATON CORPORATION)<br>P O BOX 93531<br>Chicago, IL 60673-3531 | DELAWARE REGISTERED AGENTS & INC., LLC<br>19 KRIS COURT<br>Newark, DE 19702-6843 | DEX IMAGING<br>P O BOX 17299<br>Clearwater, FL 33762-0299 |
| E-TRANSPORT CARRIERS, LLC<br>PO BOX 62892<br>Baltimore, MD 21264-2892 | EARLE M. JORGENSEN CO. (EMJ)<br>P.O. BOX 951434<br>Dallas, TX 75395-1434 | EDSCO FASTENERS, INC.<br>P.O. BOX 448<br>Elba, AL 36323-0448 |
| FEDEX<br>P O BOX 660481<br>Dallas, TX 75266-0481 | FLORIDA BLUE<br>1680 Airport Blvd<br>Pensacola, FL 32504-8618 | FLORIDA PIPE & STEEL, INC.<br>6903 VISTA PARKWAY<br>West Palm Beach, FL 33411-2705 |
| GRAINGER<br>P O BOX 419267<br>Kansas City, MO 64141-6267 | GREAT AMERICAN FINANCIAL SERVICES<br>P O BOX 609<br>Cedar Rapids, IA 52406-0609 | GUARDIAN ANYTIME<br>P O BOX 824404<br>Philadelphia, PA 19182-4404 |
| GULF COAST MARINE SUPPLY<br>501 STIMRAD RD.<br>Mobile, AL 36610-4133 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | HATTON-BROWN PUBLISHERS<br>P. O. BOX 2268<br>Montgomery, AL 36102-2268 |
| HAUSNER HARD-CHROME OF KENTUCKY<br>3094 Medley Rd<br>Owensboro, KY 42301-8731 | HOLMES TOOL & ENGINEERING, INC.<br>1019 NORTH WAUKESHA STREET<br>Bonifay, FL 32425-1736 | KLOECKNER METALS CORP.<br>500 Colonial Center Pkwy #500<br>Roswell, GA 30076-8853 |

| | | |
|---|---|---|
| KNIGHT ENTERPRISES<br>128 W. LAKE STREET<br>Melrose Park, IL 60164-2428 | MERCURY MACHINING COMPANY<br>1085 W GIMBLE STREET<br>Pensacola, FL 32502-5400 | MOTION INDUSTRIES<br>319 N Byron Butler Pkwy<br>Perry, FL 32347-2300 |
| NEUCO DISTRIBUTORS<br>P O BOX 500<br>Bostwick, FL 32007-0500 | NORTHERN TOOL & EQUIPMENT CO.<br>2800 Southcross Drive West<br>Burnsville, MN 55306-6936 | OLD DOMINION FREIGHT LINE, INC.<br>P. O. BOX 198475<br>Atlanta, GA 30384-8475 |
| On Deck Capital, Inc.<br>c/o Kelli Ferguson Marable<br>101 West Colfax Ave., 9th Floor<br>Denver, CO 80202-5167 | PAWLUS GEAR COMPANY<br>601 N. Willow Avenue<br>Tampa, FL 33606-1339 | PINSON VALLEY HEAT TREATING<br>6179 Sunrise Dr<br>Pinson, AL 35126-3207 |
| POWEREX COMPANY<br>150 PRODUCTION DRIVE<br>Harrison, OH 45030-1477 | PRECISION PLATING, INC.<br>980 NORTH PINE HILL ROAD<br>Birmingham, AL 35217-1146 | PROTECTION ONE/ADT<br>P. O. BOX 219044<br>Kansas City, MO 64121-9044 |
| QUILL CORPORATION<br>P.O. BOX 37600<br>Philadelphia, PA 19101-0600 | REIMLER ASSOC.<br>120 K-Line Dr<br>Indian Trail, NC 28079 | RINGFEDER CORP<br>P O BOX 822718<br>Philadelphia, PA 19182-2718 |
| RUBBER & SPECIALTIES, INC<br>5011 COMMERCE PARK CIRCLE<br>Pensacola, FL 32505-1870 | RYERSON STEEL<br>PO BOX 731036<br>Dallas, TX 75373-1036 | SEQUEL ELECTRIC SUPPLY<br>25 MASON LANE<br>Pensacola, FL 32505-2916 |
| SMC CORPORATION OF AMERICA<br>70269 NETWORK PLACE<br>Chicago, IL 60673-0269 | STUART C. IRBY CO.<br>PO BOX 741001<br>Atlanta, GA 30374-1001 | TERMINUS - HIGH DEFINITION TOOL<br>P.O. BOX 510<br>Icard, NC 28666-0510 |
| TFORCE FREIGHT<br>PO BOX 650690<br>Dallas, TX 75265-0690 | TOTAL QUALITY LOGISTICS<br>PO BOX 634558<br>Cincinnati, OH 45263-4558 | U-LINE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| UNI-FIRST CORPORATION<br>17740 ASHLEY DRIVE<br>Panama City Beach, FL 32413-5102 | VOTACALL, INC<br>1504 PROVIDENCE HIGHWAY<br>Norwood, MA 02062-4645 | WESTFIELD BANK, FSB<br>P.O. BOX 668<br>Westfield Center, OH 44251-0668 |
| WESTFIELD INSURANCE<br>PO BOX 9001566<br>Louisville, KY 40290-1566 | WOMACK MACHINE SUPPLY CO.<br>P O BOX 679055<br>Dallas, TX 75267-9055 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |

```
Merrick B. Garland +                  Secretary of the Treasury +         Internal Revenue Service +
Office of the Attorney General        U.S. Treasury Department            P.O. Box 7346
Main Justice Bldg., Rm. 511           15th & Pennsylvania Ave.            Philadelphia, PA 19101-7346
Tenth & Constitution                  Washington, DC 20220-0001
Washington, DC 20530-0001


Jason H. Egan +                       Robert C. Bruner +                  Byron Wright III+
Office of the U. S. Trustee           Bruner Wright, P.A.                 Bruner Wright, P.A.
110 E. Park Avenue                    2810 Remington Green Circle         2810 Remington Green Circle
Suite 128                             Tallahassee, FL 32308-8708          Tallahassee, FL 32308-8708
Tallahassee, FL 32301-7728
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Attorney (Pensacola Office)      (d)U.S. Attorney (Tallahassee Office)   End of Label Matrix
21 E. Garden Street #400              111 N. Adams Street                     Mailable recipients   95
Pensacola, FL 32501                   Fourth Floor                            Bypassed recipients    0
                                      Tallahassee, FL 32301                   Total                 95
```